NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>D. Brian Boggess,<br><br>        Defendant. | Case No. 2:19-cv-01316-GMN-EJY<br><br>**Stipulation for Stay Pending Settlement Discussions**<br><br>**(First Request)** |

      Pursuant to Local Rule IA 6-1 and Local Rule 7-1, the United States of America and Defendant D. Brian Boggess stipulate to stay this matter for a period of sixty days, or until **February 18, 2019**. The parties have conferred on multiple occasions since the complaint in this matter was filed, and believe they will be able to resolve this matter without continued litigation. This stipulation is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1. The parties reserve the ability to seek additional time to finalize resolution, if necessary, but anticipate they will be able to file dismissal paperwork prior to the identified deadline.

*///*
*///*
*///*
*///*
*///*

1

Accordingly, the parties request that this matter be stayed for 60 days, or until **Tuesday, February 18, 2019**.

Respectfully submitted this 20th day of December 2019.

| | |
|---|---|
| D. Brian Boggess Attorney at Law | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ D. Brian Boggess*<br>D. BRIAN BOGGESS<br>3610 N. University Ave. Suite 275<br>Provo, UT 84604<br>*Attorney for Plaintiff (Pro Se)* | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney<br><br>*Attorney for the United States* |

**IT IS SO ORDERED.**

Dated this  23  day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT