JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
Stephen R. Hanson II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:19-cv-01316-CDS-EJY |
| Plaintiff, | **Joint Motion to Vacate Settlement Conference** |
| v. | |
| D. BRIAN BOGGESS, | |
| Defendant. | |

The parties jointly request that the Court vacate the settlement conference scheduled for June 2, 2022. The parties have reached an agreement in principle to settle this lawsuit and are in the process of drafting settlement documents.

The parties anticipate filing documents dismissing this matter by July 1, 2022.

Dated: June 1, 2022

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | D. BRIAN BOGGESS<br>*Pro se* |
| /s/ *Stephen R. Hanson II*<br>Stephen R. Hanson II<br>Assistant United States Attorney | /s/ *D. Brian Boggess*<br>D. Brian Boggess |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 1st, 2022