JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
Stephen R. Hanson II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>D. BRIAN BOGGESS,<br><br>    Defendant. | Case No. 2:19-CV-01316-CDS-EJY<br><br>**Joint Motion to Extend Time**<br><br>**(First Request)** |

The parties jointly request that the Court extend the time for filing settlement paperwork until August 1, 2022. On June 2, 2022, the Court entered a Minute Order ordering the parties to file settlement paperwork within 30 days of its order, or if not settled, for the Defendant to file an opposition to the motion for summary judgment within 30 days. (ECF No. 30.) This is the first request to extend the Court's Minute Order deadline. The parties are still in the process of drafting settlement documents but will not have them finalized before the upcoming Independence Day holiday. The parties expect to finalize and execute the settlement documents in July after the Independence Day holiday.

The parties therefore respectfully request a short extension of the Court's Minute Order (ECF No. 30) deadline to August 1, 2022.

Dated: June 29, 2022

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | D. BRIAN BOGGESS<br>*Pro se* |
| /s/ *Stephen R. Hanson II*<br>Stephen R. Hanson II<br>Assistant United States Attorney | /s/ *D. Brian Boggess*<br>D. Brian Boggess |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 30, 2022

2