JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
Stephen R. Hanson II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:19-cv-01316-CDS-EJY |
| Plaintiff, | **Stipulation and Order to Dismiss Without Prejudice** |
| v. | |
| D. BRIAN BOGGESS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, pursuant to a settlement agreement, that this action be dismissed without prejudice, each party to bear its own attorney's fees and costs.

Dated: August 5, 2022

| | |
|---|---|
| JASON M. FRIERSON | D. BRIAN BOGGESS |
| United States Attorney | *Pro se* |
| /s/ Stephen R. Hanson II | /s/ D. Brian Boggess |
| Stephen R. Hanson II | D. Brian Boggess |
| Assistant United States Attorney | |

The hearing currently scheduled before the Court on August 8, 2022 at 3:00 PM is VACATED. The Clerk of Court is directed to close this case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:   August 5, 2022